IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 24-cv-01197-CNS-KAS | Date: November 12, 2024 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DIGITAL SHOVEL HOLDINGS INC<br>**Plaintiff**<br><br>v.<br><br>RK MISSION CRITICAL LLC<br>RK MECHANICAL LLC<br>RK INDUCSTRIES LLC<br>**Defendants** | *Binal Patel*<br><br><br><br>*Danielle Healey* |

## COURTROOM MINUTES

**ORAL ARGUMENT VIA VIDEO TELECONFERENCE**

Court in Session: 10:03 a.m.

Appearance of counsel – all counsel present via video teleconference. Also present on behalf of the plaintiff is Michael Krashin and general counsel Bhupinder Rhandawa. Also present on behalf of the defendants is Sadaf Deedar and general counsel Christina Jimenez.

Argument as to [22] Defendants' Motion to Dismiss Plaintiff's Complaint for Patent Infringement given by Ms. Healey and Mr. Patel with questions from the Court.

As outlined on the record, it is

**ORDERED:   [22] Defendants' Motion to Dismiss Plaintiff's Complaint for Patent Infringement is DENIED.**

Discussion held on case schedule.

Court in Recess: 11:02 a.m.          Hearing concluded.          Total time in Court: 00:59